IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 16-2096-TUC-JAS (BGM) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Anhely Martinez-Camargo, | ) | |
| Defendant. | ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Macdonald. In the Report and Recommendation, Magistrate Judge Macdonald recommends denying Defendant's motion to suppress. As the Court finds that the Report and Recommendation appropriately resolved the motion to suppress, Defendant's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 35) is accepted and adopted.

(2) Defendant's motion to suppress (Doc. 24) is denied.

DATED this 21st day of August, 2017.

_____
James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).